IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AZELL WILKERSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:11-CV-741-CSC |
| GE CAPITAL, INC., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the joint stipulation for dismissal (Doc. 12) filed on January 18, 2012, it is

**ORDERED** and **ADJUDGED** that this case be and is hereby **DISMISSED** with prejudice, with costs taxed as paid. It is further

**ORDERED** that all pending deadlines are terminated and all pending motions are hereby **DENIED** as moot.

Done this 18th day of January, 2012.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE